D. H. EPSTEIN, Respondent, v. SYDNEY A. SYME and Others, Defendants, and JOHN GROEL, Appellant.— In an action to foreclose a transfer of a tax lien,

order granting the motion for summary judgment in favor of plaintiff affirmed, with ten dollars costs and disbursements. No opinion. Young, Hagarty, Johnston, Adel and Taylor, JJ., concur.